IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERABODY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-310-RGA |
| | : | |
| THE TJX COMPANIES, INC., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on August 15, 2022, due to related proceedings pending in the United States District Court for the Southern District of New York (D.I. 37);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related action has been resolved so that this case may be reopened and other appropriate action may be taken. The parties are directed to file a joint status report every six months.

August 16, 2022
   DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE